## Gertrude Stahnke and Albert Stahnke, Appellees, v. American Carloading Corporation, Appellant.

### Gen. No. 41,296.

opinion filed January 20, 1941; rehearing denied February 5, 1941. Cassels, Potter & Bentley, for appellant; Leslie H. Vogel and Richard H. Merrick, of counsel; Sims, Handy, McKnight & Carey, for appellees; T. I. McKnight, Edward J. McLaughlin and Otto W. Berg, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."